No. 79–1314.   1776 K Street Associates et al. v. United States.   Ct. Cl.   Certiorari denied.   ▆▆▆▆

No. 79–1342.   Klein v. United States.   C. A. 2d Cir. Certiorari denied.   ▆▆▆▆

No. 79–1400.   Toughill et al. v. United States.   C. A. 9th Cir.   Certiorari denied.   ▆▆▆▆

No. 79–1427.   Petersen et al. v. United States;
No. 79–1443.   Mitchell et al. v. United States;
No. 79–6071.   Carlson v. United States;
No. 79–6234.   Dixon v. United States;
No. 79–6245.   Leonhardt v. United States;
No. 79–6254.   Igo v. United States; and
No. 79–6301.   Miller v. United States.   C. A. 10th Cir. Certiorari denied.   Reported below: 611 F. 2d 1313.

No. 79–1498.   Ven-Fuel, Inc. v. Duncan, Secretary of Energy, et al.   C. A. 5th Cir.   Certiorari denied.

No. 79–1499.   Weintraub v. United States.   C. A. 6th Cir.   Certiorari denied.   ▆▆▆▆

No. 79–1519.   Levey et al. v. United States et al.   C. A. 3d Cir.   Certiorari denied.   ▆▆▆▆

No. 79–1539.   Metro Truck Body, Inc. v. National Labor Relations Board.   C. A. 9th Cir.   Certiorari denied. ▆▆▆▆

No. 79–1540.   Sadlowski et al. v. Marshall, Secretary of Labor, et al.   C. A. D. C. Cir.   Certiorari denied.

No. 79–1598.   M. J. Kelley Co. v. Woods, Commissioner of Revenue of Tennessee.   Sup. Ct. Tenn.   Certiorari denied.   ▆▆▆▆